IN THE IOWA DISTRICT COURT FOR PAGE COUNTY

| | |
|---|---|
| CITY OF SHENANDOAH, IOWA, a Municipal Corporation,<br><br>            Petitioner<br>vs.<br><br>Margarita De Amurrio A/K/A Margarita Amurrio A/K/A Margarita Deamurrio A/K/A Margarita de Amurrio A/K/A DE Amurrio Margita, Jorge Rando Gutierrez<br>12115 McCoy Drive<br>Bellevue, NE 68123-1796<br><br>United States of America acting through the Rural Housing Service or successor agency, United States Department of Agriculture (Rural Housing Service)<br>(c/o Centralized Servicing Center)<br>(United State Department of Agriculture)<br>P.O. Box 66889<br>St. Louis, MO 63166<br><br>            Respondents<br><br>Lots 41 and 42 in Crippen's Addition to City of SHENANDOAH, Page County, Iowa (commonly known as 712 West St.)<br>Tax Parcel 0519457155000 | No. EQCV106078<br><br>**ORIGINAL NOTICE** |

TO THE ABOVE-NAMED RESPONDENTS:

  You are notified that a Petition for Entry of Judgment Awarding Title To Abandoned Property To the City of Shenandoah has been filed in the office of the Clerk of Court naming you as Respondent in this action. A copy of the Petition (and any documents filed with it) is attached to this notice. The attorney for the Petitioner is Mahlon L. Sorensen, City Attorney, whose address is 301 Maple Street, PO Box 287, Shenandoah, IA 51601-0287, telephone number 712-246-1924, facsimile 712-246-1925, email mahlonsor@hotmail.com.

  You must serve a motion or answer within **20 days** after service of this Original Notice upon you and within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Page County, at the county courthouse in Clarinda, IA. If you do not, judgment by default may be rendered against you for the relief demanded in the Petition.

IN THE IOWA DISTRICT COURT FOR PAGE COUNTY

| | |
|---|---|
| CITY OF SHENANDOAH, IOWA,<br>a Municipal Corporation,<br><br>                                Petitioner<br>vs.<br><br>Margarita De Amurrio A/K/A Margarita Amurrio A/K/A Margarita Deamurrio A/K/A Margarita de Amurrio A/K/A DE Amurrio Margita, Jorge Rando Gutierrez<br>12115 McCoy Drive<br>Bellevue, NE 68123-1796<br><br>United States of America acting through the Rural Housing Service or successor agency, United States Department of Agriculture (Rural Housing Service)<br>(c/o Centralized Servicing Center)<br>(United State Department of Agriculture)<br>P.O. Box 66889<br>St. Louis, MO 63166<br><br>                                Respondents<br><br>Lots 41 and 42 in Crippen's Addition to City of SHENANDOAH, Page County, Iowa<br>(commonly known as 712 West St.)<br>Tax Parcel 0519457155000 | No. EQCV106078<br><br>**PETITION FOR ENTRY OF JUDGEMENT AWARDING TITLE TO ABANDONDED PROPERTY AND CONTENTS TO CITY OF SHENANDOAH, IOWA** |

    COMES NOW the Petitioner in the above-captioned matter and for Petition to Obtain Title to Abandoned Property states as follows, to-wit:

1. The Petitioner is a municipal corporation in the State of Iowa. This action is brought pursuant to Iowa Code Section 657A.10A-B.

2. The Petition herein having been filed by governmental entity, the clerk of the district court is requested to index the petition pursuant to Section 617.10.-11.

3. The property which is the subject matter of this suit is 712 West St. Shenandoah, Iowa and is legally described as: Lots 41 and 42 in Crippen's Addition to City of SHENANDOAH, Page County, Iowa.

9. The Petitioner is requesting that the Court find that the property has been abandoned and that the Court enter judgment awarding title of the entire property including personal property to the Petitioner free and clear of all liens and encumbrances.

WHEREFORE, Petitioner prays that the Court determine and declare that the Property both real and personal property referenced above has an abandoned property thereon and therein pursuant to *Iowa Code §657A.10A and 10B*; that all parties with an interest in the property referenced above have received proper notice of this Petition and the pendency of this proceeding and that after sixty (60) days have passed Petitioner may request a hearing on this Petition, and that with or without a hearing, the Court enter judgment against the Respondent awarding title to the Property to the Petitioner, the City of Shenandoah, Iowa, free and clear of any claims, liens, or encumbrances held by the Respondent and for such other relief as the Court deems just and equitable and that the Clerk of Court is directed to execute a Certificate of Change of Title showing the City of Shenandoah as the Title Holder to said property fully legally described as: Lots 41 and 42 in Crippen's Addition to City of SHENANDOAH, Page County, IA (commonly known as 712 West St., Shenandoah, IA).

City of Shenandoah, Iowa, Petitioner

By      */s/ Mahlon L. Sorensen*
Mahlon L. Sorensen, AT0000321
Attorney for City of Shenandoah, IA
301 Maple – P.O. Box 287
Shenandoah, IA 51601
Telephone: 712-246-1924
Fax: 712-246-1925
Email: mahlonsor@hotmail.com

**IMPORTANT**

YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.



Exhibit A                                                                 Page 1





Exhibit A

Page 3

Law Office
**Mahlon L. Sorensen**
Attorney at Law
301 Maple - P.O. Box 287
Shenandoah, Iowa 51601

Phone: 712-246-1924    mahlonsor@hotmail.com    Fax: 712-246-1925

April 28, 2023

Jorge Rando Gutierrez
12115 McCoy Drive
Bellevue NE 68123-1796

In RE: Property at 712 West St. Shenandoah, IA
Lots 41 & 42 Crippen's Addition to City of Shenandoah, Page County, IA
Tax Parcel 0519457155000
NOTICE TO ABATE NUISANCE BUILDING/JUNK VEHICLE

Iowa Code 657A.10C Iowa Code 364.22 Ordinance 4.01 Chapter 50 Section 50.01, 50.02, 50.03, 50.04, 50.06, 50.08, 145.02, 145.03, and Iowa Code 657A.1 through 657A.10

Nuisance/unsafe/abandoned/ property is a problem that the city is facing more and more. These properties just sit and continue to deteriorate. The neighborhood, community and town suffer as nuisance/unsafe/abandoned properties hurt property value. The garage is in poor condition. There are two broken windows and the property is spiraling downward.

In order to demolish and remove the house and garage, it will likely cost approximately $12,000 to $15,000 to demolish and haul away the material, fill the basement and have the lot put into mowable condition.

The property owner is responsible for the property. You are the property owner and you are responsible. There has been no water service at the property since March 2021. The city has mowed the property multiple times.

The City does not want to demolish the property if it can be saved. The City would much prefer to have the property rehabbed and occupied.

I know it is not your definition of abandoned, but City Ordinance 145.03 defines: 12. Abandoned. Whenever a portion of a building or structure is abandoned for a period in excess of six (6) months so as to constitute such building or portion thereof an attractive nuisance or hazard to the public. The property has been vacant for some time. The poor condition of the property is an open invitation to squatters and pickers.

As you can see the City Ordinance defines abandoned as being an attractive nuisance for more than 6 months, or if it is an issue of a fire hazard, it needs to be addressed immediately.

Exhibit B

IN THE IOWA DISTRICT COURT FOR PAGE COUNTY

| | |
|---|---|
| CITY OF SHENANDOAH, IOWA,<br>a Municipal Corporation,<br><br>                                        Petitioner<br>vs.<br><br>Margarita De Amurrio A/K/A Margarita Amurrio A/K/A Margarita Deamurrio A/K/A Margarita de Amurrio A/K/A DE Amurrio Margita, Jorge Rando Gutierrez<br>12115 McCoy Drive<br>Bellevue, NE 68123-1796<br><br>United States of America acting through the Rural Housing Service or successor agency, United States Department of Agriculture (Rural Housing Service)<br>(c/o Centralized Servicing Center)<br>(United State Department of Agriculture)<br>P.O. Box 66889<br>St. Louis, MO 63166<br><br>                                       Respondents | No. EQCV106078<br><br>**CERTIFICATE OF SERVICE** |

      I certify that I mailed a true and correct copy of the Original Notice and the Petition for Entry of Judgment Awarding Title To Abandoned Property and Contents To the City of Shenandoah, Iowa with Exhibits to:

Assistant United States Attorney for Southern District of Iowa
Margarita De Amurrio
United State of America acting through Rural Housing Service

Certified Receipts are attached.

Dated this 28th day of July 2023.

                                                               */s/ Mahlon L. Sorensen*
                                                       Mahlon L. Sorensen, AT0000321
                                                       Attorney for City of Shenandoah, IA
                                                       705 W. Sheridan Ave./P.O. Box 287
                                                       Shenandoah, IA 51601
                                                       Telephone: 712-246-1924
                                                       Fax: 712-246-1925
                                                      Email: mahlonsor@hotmail.com

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Des Moines IA 50319  OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $4.15 | 0600 05 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $0.00 | |
| ☐ Return Receipt (electronic) $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $0.00 | MAY 31 2023 |
| ☐ Adult Signature Required $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $0.87 | |
| Total Postage and Fees $8.37 | 05/31/2023 |

Sent To: Jason Lawrence, Asst. US Attorney Southern District of Iowa
Street and Apt. No., or PO Box No.: 110 E. Court Ave., Suite 286
City, State, ZIP+4®: Des Moines, IA 50309  712 west

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7021 2720 0000 7382 5077

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Jason Lawrence
Assistant US Attorney
Southern District of Iowa
110 E. Court Avenue, Suite 286
Des Moines, IA 50309

9590 9402 7986 2305 2192 60

2. Article Number (Transfer from service label)
7021 2720 0000 7382 5077

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

Exhibit A
Page 9 of 10

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee  $4.15   0600 05
$  $3.75

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00    Postmark
☐ Certified Mail Restricted Delivery $ $0.00   Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postage  $0.87
$
Total Postage and Fees  $8.37
$                                              05/31/2023

Sent To: United States of America acting through the Rural Housing Service
or successor agency, United States Department of Agriculture
(Rural Housing Service) (c/o Centralized Servicing Center)
(United State Department of Agriculture)
P.O. Box 66889, St. Louis, MO 63166                712 West

7021 2720 0000 7382 5091

PS Form 3800

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States of America acting through the Rural Housing Service
or successor agency, United States Department of Agriculture
(Rural Housing Service) (c/o Centralized Servicing Center)
(United State Department of Agriculture)
P.O. Box 66889, St. Louis, MO 63166

9590 9402 7986 2305 2192 22

2. Article Number *(Transfer from service label)*
7021 2720 0000 7382 5091

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ US Bank     ☐ Agent
                        ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
JUN 07 2023

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

Exhibit A
Page 10 of 10